JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 7616

------------------------------------------------------------X

MACROMEX Srl,

                        Petitioner,

    - against -

GLOBEX INTERNATIONAL INC.,

                       Respondent.

------------------------------------------------------------X

**STATEMENT RULE 7.1**

RECEIVED
AUG 27 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant To Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (A Private Non-Governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

                                              NONE

August 27, 2007
Date

                                              JAMES R. SWEENEY