UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MACROMEX Srl,

                Petitioner,                      07 CIV 7616 (SAS)

  -against-                                  **AFFIDAVIT OF SERVICE**

GLOBEX INTERNATIONAL INC.,

                Respondent.
------------------------------------------------------X

STATE OF NEW YORK    )
                              : SS.:
COUNTY OF NEW YORK  )

        LAWRENCE R. MUNCK, being duly sworn, deposes and says:

        1.     I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Petitioner, Macromex Srl. I am not a party to this action, am over 21 years of age and reside in Pleasantville, New York.

        2.     On August 27, 2007, I served a copy of the Petition to Confirm Arbitration Award on the following:

        DLA Piper US LLP
        1251 Avenue of the Americas
        New York, New York 10020

by delivering to and leaving personally with Dennis Thatcher, Legal Assistant, a true copy thereof.

                                                  LAWRENCE R. MUNCK

Sworn to before me this
28th day of August, 2007.

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_10_

X:\Public Word Files\0\717\Legal\AFFIDAVIT OF SERVICE.BY HAND DELIVERY-MUNCK.mar.doc