UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MACROMEX Srl,

                Petitioner,                07 CIV 7616 (SAS)

  -against-                          **AFFIDAVIT OF SERVICE**

GLOBEX INTERNATIONAL INC.,

                Respondent.
----------------------------------------------------------X

STATE OF NEW YORK   )
                              : SS.:
COUNTY OF NEW YORK )

        SALLY SUNSHINE, being duly sworn, deposes and says:

        1.    I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Petitioner, Macromex Srl. I am not a party to this action, am over 21 years of age and reside in New York, New York.

        2.    On August 27, 2007, I served a copy of the Petition to Confirm Arbitration Award on the following:

        GLOBEX INTERNATIONAL, INC.
        515 Madison Avenue
        New York, New York  10022

by delivering to and leaving personally with Alisa Kogan, Receptionist, a true copy thereof.

        Description:

            Age:   25
            Sex:   Female
            Race:  Caucasian
            Eyes:  Brown

Hair: Brown
Height: 5'3
Weight: 120 lbs.

_____
SALLY SUNSHINE

Sworn to before me this
28th day of August 2007.

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_10_

X:\Public Word Files\07717\Legal\AFFIDAVIT OF SERVICE BY HAND DELIVERY-SUNSHINE.mar.doc