UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACROMEX SRL,

                        Petitioner,

-against-

GLOBEX INTERNATIONAL, INC.,

                        Respondent.

07 Civ. 7616 (SAS)

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed by and between the undersigned attorneys for Plaintiff Macromex Srl and Defendant Globex International, Inc. that this action is discontinued without prejudice and without waiver of any parties' rights, including Macromex Srl's right to refile this action, each party to bear its own costs.

Dated: New York, New York
         September 21, 2007

NICOLETTI HORNIG & SWEENEY

By: *James Sweeney/SJS*
    James F. Sweeney (JFS 7745)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(212) 220-3830

*Counsel for Plaintiff Macromex Srl*

DLA PIPER US LLP

By: _____
    Stanley McDermott III (SM 0530)
    Sarah J. Sterken (SS 4993)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

*Counsel for Defendant Globex International, Inc.*

8146513

SO ORDERED:

Date: Oct 10, 2007

Shira A. Scheindlin, U.S.D.J.